BATES MFG. CO. v. BATES MACH. CO. et al.

(Circuit Court, S. D. New York. July 18, 1903.)

Robinson, Biddle & Ward, for the motion.
Alfred B. Carpart, opposed.

LACOMBE, Circuit Judge. Complainant may take preliminary injunction against "directly or indirectly using or causing to be used, selling or causing to be sold, any machines or apparatus of the model represented by the exhibit submitted on motion (marked 'T. M. S.'), embodying, constructing, or operating in accordance with, the inventions or improvements set forth in the letters patent in suit, and not licensed by complainant."

---

BISHOP & BABCOCK CO. v. BERNSTEIN et al.

(Circuit Court, S. D. New York. June 25, 1903.)

Motion for Preliminary Injunction.

Hubert A. Banning, for plaintiff.
Otto Munk, for defendants.

LACOMBE, Circuit Judge. It cannot fairly be said that there has been prior adjudication of this patent. In all former litigations decree went against defendants pro confesso. The earlier patents now put in and the file wrapper and contents present questions which should be disposed of at final hearing.
Motion is denied.

---

FIREMEN'S FUND INS. CO. v. HOFFMAN.

(Circuit Court, E. D. Pennsylvania. June 11, 1903.)

No. 59.

John E. Snyder and Russell Duane, for plaintiff.
C. E. Montgomery and J. G. Johnson, for defendant.

J. B. McPHERSON, District Judge. In spite of the earnest and capable argument on behalf of the plaintiff, I am still of opinion that the supplemental charge did not go beyond the limits set by the federal courts to the right of a trial judge to express his opinion on the facts to the jury. When I sent for the jury, it was evident that another disagreement was impending, and I was naturally desirous to bring a prolonged litigation to what I regard as the proper end. I refrained from expressing my opinion in the principal charge, but when it became likely that a third long trial would be the outcome I felt justified in telling the jury what I thought about the evidence. The authorities cited on the brief of defendant's counsel seem to me to support his contention that the supplemental charge did not go too far.
A new trial is refused.